## FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**AHMAD MOHAMMAD AL DARBI,**              )
                                          )
       **Petitioner,**              )
                                          )    **Civil Action No. 05-2371 (RCL)**
    **v.**                                )
                                          )
**BARACK OBAMA,**                         )
**President of the United States,** *et al.*, )
                                          )
       **Respondents.**             )
_____)

## ORDER

Upon consideration of Petitioner's unopposed motion [236] to suspend briefing schedule,

it is hereby ORDERED that the request is GRANTED. It is further

    1.    ORDERED that Petitioner's counsel will notify Respondents' counsel

when the issues necessitating the suspension are resolved, and the parties will

work together to set and present the Court a mutually agreeable briefing

schedule at that time; it is further

    2.    ORDERED that Petitioner will not file his traverse until at least thirty

day have passed from the date on which Petitioner's counsel notifies

Respondents' counsel that the issues necessitating the suspension have been

resolved; it is further

    3.    ORDERED that Petitioner's counsel shall be permitted to continue to

conduct expert discovery regardless of the suspension of the briefing schedule.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on February 9, 2011.